*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ENES KILIC | Case No. |
| Plaintiff | |
| | |
| VS. | Judge |
| BRYAN ACUNA, ET AL. | Magistrate Judge |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Beyza Candelen</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Plaintiff, Enes Kilic</u> in the above-described action.

SO ORDERED on this, the <u>9th</u> day of <u>Feb.</u>, 20 <u>26</u>.

_____
U.S. Magistrate Judge