UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ENES KILIC                                      CASE NO.  1:26-CV-00385 SEC P

VERSUS                                          JUDGE TERRY A. DOUGHTY

BRIAN ACUNA ET AL                               MAGISTRATE JUDGE CAROL B.
                                                WHITEHURST

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Enes Kilic's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and **must notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 19th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1